UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **GE Lighting Solutions, Inc.,** | ) | Case No. 1:12 CV 3133 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CRS Electronics, Inc.,** | ) | |
| | ) | **Consent to Transfer and Order of** |
| | ) | **Transfer of a Related Case** |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Local Rule 3.1(b)(3), a case may be reassigned as related to an earlier assigned case with the concurrence of both the transferor and transferee judges. The undersigned are the transferor and transferee judges consenting to the transfer. This case is hereby transferred as related to Case No. 1:12 CV 3132.

IT IS SO ORDERED.

                                                         */s/ Patricia A. Gaughan*
                                                         Judge Patricia Gaughan
                                                         Transferor Judge

                                                         */s/Dan A. Polster*
                                                         Judge Dan A. Polster
                                                         Transferee Judge

Dated: 2/20/13